■ The People of the State of New York, Respondent, v Ernest Canelli IV, Appellant. [17 NYS3d 303]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Forman, J.), rendered March 7, 2013, convicting him of forgery in the second degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). To the extent the defendant bases his claim on his institutional record of confinement, it is not properly raised on this appeal because it involves facts that are outside the record (*see People v Ricketts*, 27 AD3d 488, 489 [2006]). Leventhal, J.P., Austin, Roman, Miller and Barros, JJ., concur.